No. D–212. IN RE DISBARMENT OF GROSS. It is ordered that Nelson G. Gross, of Saddle River, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–213. IN RE DISBARMENT OF HALVERSON. It is ordered that John Byron Halverson, of Yorba Linda, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 80, Orig. COLORADO v. NEW MEXICO ET AL. The amended answer to the bill of complaint is referred to the Special Master. [For earlier order herein, see, e. g., 441 U. S. 902.]

No. 78–1577. SEARS, ROEBUCK & CO. v. COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. [Certiorari granted, 444 U. S. 823.] Motion of petitioner for leave to file a supplemental brief after argument granted. JUSTICE STEWART and JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 79–1429. AMERICAN TEXTILE MANUFACTURERS INSTITUTE, INC., ET AL. v. MARSHALL, SECRETARY OF LABOR, ET AL. C. A. D. C. Cir. [Certiorari granted, ante, p. 817.] Motion of American Iron & Steel Institute for leave to file a brief as amicus curiae granted.

No. 79–1944. J. TRUETT PAYNE CO., INC. v. CHRYSLER MOTORS CORP. C. A. 5th Cir. [Certiorari granted, ante, p. 819.] Motion of Vanco Beverage, Inc., for leave to file a brief as amicus curiae granted.